Action by William Prym against the Peck & Mack Company. F. Bien, for appellant. M. C. Katz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PRZECZEWSKI v. BARDSLEY et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Julian Przcczewski against Joseph Bardsley and others. No opinion. Motion granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

In re PUBLIC SERVICE COMMISSION. In re LEXINGTON AVE. ROUTE. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of the Public Service Commission. In the matter of the modification of Lexington Avenue Route. No opinion. Report of commissioners confirmed. Order to be settled on notice, when the compensation of the commissioners will be fixed. See, also, 129 App. Div. 911, 114 N. Y. Supp. 1143.

RAPISARDA, Respondent, v. FAVATA et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Giuseppe Rapisarda against Luigi Favata and others. No opinion. Motion to dismiss appeal granted, with costs, unless the appellants perfect their appeal, place the same upon the next calendar of this court, and be ready for argument when reached.

REED, Appellant, v. GRIMES, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Joseph Reed against William Grimes. No opinion. Judgment affirmed, with costs.

REIBSTEIN, Respondent, v. STENZ, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Harry B. Reibstein against William A. Stenz. H. A. Andrewes, for appellant. J. Manheim, for respondent. No opinion. Judgment and order reversed, and new trial ordered, unless plaintiff stipulates to reduce judgment as entered to the sum of $469.25, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

REIMER v. SAMUELS et al. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Otto E. Reimer against Abraham Samuels and others. No opinion. Order affirmed, with $10 costs and disbursements.

REINHARDT, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Julia Reinhardt against the International Railway Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents on the ground that the court committed reversible error in charging that "there can be no verdict in this case against the city alone and not against the railroad company."

RENWICK, Appellant, v. RENWICK et al., Respondents. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Eleanor Renwick, as administratrix, against Harold S. Renwick and others. G. Bell, for appellant. G. W. Murray, for respondents. No opinion. Judgment (63 Misc. Rep. 596, 117 N. Y. Supp. 217) affirmed, with costs to respondents separately appearing and filing briefs. Order filed. See, also, 119 N. Y. Supp. 1142.

RICE, Appellant, v. PRICE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Annie P. Rice against Augustus M. Price, as executor, etc., and others. No opinion. Judgment affirmed, with costs.

RICHTER, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Lydia L. Richter against Clarence E. Hopkins. No opinion. Judgment of the Municipal Court affirmed, with costs.

RIDOUT, Respondent, v. BLAUVELT et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Augustus C. Ridout against George Edgar Blauvelt and another. No opinion. Judgment of the County Court of Rockland County affirmed, with costs.

RIENZO, Appellant, v. CRAMOND et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by C. Antonio Rienzo, as administrator, etc., against William J. Cramond and others. No opinion. Judgments and order affirmed, with costs.

ROACH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Daniel J. Roach against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and orders affirmed, with costs.

WILLIAMS, J., dissents.

In re ROBERTSON. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of R. L. Robertson for admission to the bar. No opinion. Application granted.